United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-17820-sr
Dominic J. Raia                                                 Chapter 13
Dawn A. Raia
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JeanetteG           Page 1 of 2           Date Rcvd: Sep 22, 2016
                              Form ID: pdf900           Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.
```
db/jdb       +Dominic J. Raia,    Dawn A. Raia,    2408 S. Woodstock Street,    Philadelphia, PA 19145-4222
cr           +CAB East, LLC/Ford Motor Credit Company, LLC,   c/o Howard Gershman, Esq.,
              610 York Road, Suite 200,   Jenkintown, PA 19046-2867
             +KML Law Group, P.C.,   BNY Mellon Independence Center,   701 Market Street Suite 5000,
              Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 23 2016 01:53:30    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2016 01:52:47
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2016 01:53:23    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2016 01:51:12    GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2016 01:51:34
              Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX 77210-4457
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 23 2016 02:03:13
              PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
cr           +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2016 01:50:56
              Recovery Management Systems Corporation For GE Mon,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HOWARD  GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MICHAEL ADAM COHEN    on behalf of Debtor Dominic J. Raia mcohen1@temple.edu
              MICHAEL ADAM COHEN    on behalf of Joint Debtor Dawn A. Raia mcohen1@temple.edu
              MICHAEL D. WARD    on behalf of Debtor Dominic J. Raia mdwecf@gmail.com,
               G7290@notify.cincompass.com
              MICHAEL D. WARD    on behalf of Joint Debtor Dawn A. Raia mdwecf@gmail.com,
               G7290@notify.cincompass.com
              MICHAEL J. HALPRIN    on behalf of Debtor Dominic J. Raia ecf@halprinlaw.com,   mdwmjh@gmail.com
              MICHAEL J. HALPRIN    on behalf of Joint Debtor Dawn A. Raia ecf@halprinlaw.com,   mdwmjh@gmail.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: JeanetteG          Page 2 of 2          Date Rcvd: Sep 22, 2016
                              Form ID: pdf900          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dawn A. Raia aka Linder, Dawn aka Raia, Dawn<br>Dominic J. Raia aka Raia, Dominic Jr.<br>Debtors | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>Movant<br>vs. | NO. 12-17820 SR |
| Dawn A. Raia aka Linder, Dawn aka Raia, Dawn<br>Dominic J. Raia aka Raia, Dominic Jr.<br>Debtors | 11 U.S.C. Sections 362 |
| Frederick L. Reigle Esq.<br>Trustee | |

### ORDER

AND NOW, this 21ST day of Sept, 2016 at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on July 29, 2016 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list

Dawn A. Raia aka Linder, Dawn aka Raia, Dawn
2408 S. Woodstock Street
Philadelphia, PA 19145

Dominic J. Raia aka Raia, Dominic Jr.
2408 S. Woodstock Street
Philadelphia, PA 19145

Michael J. Halprin Esq.
1806 S. Broad Street (VIA ECF)
Philadelphia, PA 19145

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532