**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dominic J. Raia and Dawn A. Raia<br>    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-17820 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of BANK OF AMERICA, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3170

            Respectfully submitted,

            **/s/Thomas Puleo, Esquire**
            Thomas Puleo, Esquire
            Brian C. Nicholas, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406