B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

### EASTERN District Of PENNSYLVANIA

In re <u>DOMINIC J. RAIA AND DAWN A. RAIA</u>   Case No.  12-17820 SR

### CHAPTER 13 DEBTORS' CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

<u>X</u> I/We owed no domestic support obligation when I/We filed our bankruptcy petition, and I/We have not been required to pay any such obligation since then.

___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

<u>X</u> I/We have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I/We or a dependent of ours uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

___ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

I/We certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

_____    _____    _____
Date 8/17/17      Dominic Raia                Dawn Raia