United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-17820-jkf
Dominic J. Raia                                                           Chapter 13
Dawn A. Raia
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Nov 17, 2017
                             Form ID: 138NEW           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
```
db/jdb      +Dominic J. Raia,    Dawn A. Raia,    2408 S. Woodstock Street,    Philadelphia, PA 19145-4222
cr          +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
             610 York Road, Suite 200,    Jenkintown, PA 19046-2867
12835890    +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12891937    +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12835891     Bill Me Later,   P.O. Box 105658,    Atlanta, GA 30348-5658
12945274    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12868072     Capital One Bank (Usa), N.a.,    Po Box 71083,    Charlotte, NC  28272-1083
12835892    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
             Salt Lake City, UT 84130-0285
12835893    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12863111    +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
             Mason, OH 45040-8053
12835894    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12845100    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court:  Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
             Detroit  MI  48255-0953)
12835895    +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
12835900    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12835901    +Wfnnb/express,    Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Nov 18 2017 01:30:38    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2017 01:29:52
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 18 2017 01:30:16    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2017 01:31:49    GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 18 2017 01:31:56
             Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2017 01:31:42
             Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
12854106     E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2017 01:31:48    GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12835898    +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2017 01:31:48    GEMB / Old Navy,
             Attention:  GEMB,    Po Box 103104,    Roswell, GA 30076-9104
12835896    +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2017 01:31:54    Gecrb/amazon,    Po Box 981400,
             El Paso, TX 79998-1400
12835897    +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2017 01:31:48    Gecrb/qvc,    Po Box 971402,
             El Paso, TX 79997-1402
12835899    +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2017 01:31:42    Gemb/walmart,    Attn: Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
12934255     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 18 2017 01:31:50    Midland Funding LLC,
             by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12931906     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2017 01:31:43
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13024671    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2017 01:31:50
             PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12927120     E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2017 01:31:49    Portfolio Investments II LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
12857788     E-mail/Text: bnc-quantum@quantum3group.com Nov 18 2017 01:29:23
             Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
             Kirkland, WA  98083-0788
12841786     E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2017 01:31:55
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                                    TOTAL: 17
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2        User: JEGilmore        Page 2 of 2              Date Rcvd: Nov 17, 2017
                           Form ID: 138NEW         Total Noticed: 32
```

                    ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         HOWARD  GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
          hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MARIO J. HANYON    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
         MICHAEL ADAM COHEN    on behalf of Debtor Dominic J. Raia mcohen1@temple.edu
         MICHAEL ADAM COHEN    on behalf of Joint Debtor Dawn A. Raia mcohen1@temple.edu
         MICHAEL D. WARD    on behalf of Debtor Dominic J. Raia mdwecf@gmail.com,
          G7290@notify.cincompass.com
         MICHAEL D. WARD    on behalf of Joint Debtor Dawn A. Raia mdwecf@gmail.com,
          G7290@notify.cincompass.com
         MICHAEL J. HALPRIN    on behalf of Debtor Dominic J. Raia ecf@halprinlaw.com,  mdwmjh@gmail.com
         MICHAEL J. HALPRIN    on behalf of Joint Debtor Dawn A. Raia ecf@halprinlaw.com,  mdwmjh@gmail.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 15
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Dominic J. Raia and Dawn A. Raia

Debtor(s)

Bankruptcy No: 12−17820−jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/17/17

95 − 94
Form 138_new