United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 12-17820-jkf
Dominic J. Raia                                                  Chapter 13
Dawn A. Raia
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Dec 22, 2017
                              Form ID: 3180W           Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
```
db/jdb         +Dominic J. Raia,    Dawn A. Raia,    2408 S. Woodstock Street,    Philadelphia, PA 19145-4222
12835895       +Fed Loan Serv,   Po Box 69184,    Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 23 2017 00:42:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2017 00:42:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2017 00:42:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12891937       +EDI: BANKAMER.COM Dec 23 2017 00:43:00      Bank of America, N.A.,   7105 Corporate Drive,
                 Plano, TX 75024-4100
12868072        EDI: CAPITALONE.COM Dec 23 2017 00:43:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
12863111       +EDI: TSYS2.COM Dec 23 2017 00:43:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
12845100        EDI: FORD.COM Dec 23 2017 00:43:00      Ford Motor Credit Company LLC,   Dept 55953,
                 P O Box 55000,   Detroit  MI  48255-0953
12934255        EDI: AIS.COM Dec 23 2017 00:43:00      Midland Funding LLC,   by American InfoSource LP as agent,
                 PO Box 4457,   Houston, TX  77210-4457
12931906        EDI: PRA.COM Dec 23 2017 00:43:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk VA 23541
13024671       +EDI: PRA.COM Dec 23 2017 00:43:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
12857788        EDI: Q3G.COM Dec 23 2017 00:43:00      Quantum3 Group LLC as agent for,
                 World Financial Network Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HOWARD  GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
              MICHAEL ADAM COHEN    on behalf of Debtor Dominic J. Raia mcohen1@temple.edu
              MICHAEL ADAM COHEN    on behalf of Joint Debtor Dawn A. Raia mcohen1@temple.edu
              MICHAEL D. WARD    on behalf of Debtor Dominic J. Raia mdwecf@gmail.com,
               G7290@notify.cincompass.com
              MICHAEL D. WARD    on behalf of Joint Debtor Dawn A. Raia mdwecf@gmail.com,
               G7290@notify.cincompass.com
              MICHAEL J. HALPRIN    on behalf of Debtor Dominic J. Raia ecf@halprinlaw.com,  mdwmjh@gmail.com
              MICHAEL J. HALPRIN    on behalf of Joint Debtor Dawn A. Raia ecf@halprinlaw.com,  mdwmjh@gmail.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 22, 2017
                              Form ID: 3180W           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dominic J. Raia** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2186** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Dawn A. Raia** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3443** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **12–17820–jkf** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dominic J. Raia  
aka Dominic Raia Jr.

Dawn A. Raia  
aka Dawn Linder, aka Dawn Raia

12/21/17

**By the court:**   Jean K. FitzSimon  
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**