United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dominic J. Raia
Dawn A. Raia
    Debtors

Case No. 12-17820-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Dec 27, 2017
    Form ID: 195    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
db/jdb    +Dominic J. Raia,   Dawn A. Raia,   2408 S. Woodstock Street,   Philadelphia, PA 19145-4222
cr    +CAB East, LLC/Ford Motor Credit Company, LLC,   c/o Howard Gershman, Esq.,
    610 York Road, Suite 200,   Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr    E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2017 00:55:26    GE Capital Retail Bank,
    c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
    Miami, FL 33131-1605
cr    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 28 2017 00:55:12
    Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX 77210-4457
cr    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2017 00:55:19
    PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
cr    +E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2017 00:55:17
    Recovery Management Systems Corporation For GE Mon,   25 S.E. 2nd Avenue, Suite 1120,
    Miami, FL 33131-1605
    TOTAL: 4

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
    FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
    FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    HOWARD GERSHMAN   on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
    hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    MARIO J. HANYON   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
    MICHAEL ADAM COHEN   on behalf of Debtor Dominic J. Raia mcohen1@temple.edu
    MICHAEL ADAM COHEN   on behalf of Joint Debtor Dawn A. Raia mcohen1@temple.edu
    MICHAEL D. WARD   on behalf of Debtor Dominic J. Raia mdwecf@gmail.com,
    G7290@notify.cincompass.com
    MICHAEL D. WARD   on behalf of Joint Debtor Dawn A. Raia mdwecf@gmail.com,
    G7290@notify.cincompass.com
    MICHAEL J. HALPRIN   on behalf of Joint Debtor Dawn A. Raia ecf@halprinlaw.com, mdwmjh@gmail.com
    MICHAEL J. HALPRIN   on behalf of Debtor Dominic J. Raia ecf@halprinlaw.com, mdwmjh@gmail.com
    POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
    REBECCA ANN SOLARZ   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Dominic J. Raia and Dawn A. Raia  : Case No. 12–17820–jkf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , December 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

99
Form 195